**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AMERICAN NATIONAL PROPERTY &
CASUALTY CO.,**

          **Plaintiff,**

**-vs-**                                                          **Case No.  6:07-cv-959-Orl-22KRS**

**TERESA DUQUE, JULIO SOLORZANO,
ANGELINE LOPEZ-BRACERO, HELEN
BRACERO-SOLORZANO, LEILANNETE
(LEILA) LOPEZ-BRAC, and ORLANDO
REGIONAL HEALTHCARE SYSTEM,
INC.,**

          **Defendants.**
_____

**ORDER**

      This cause is before the Court on the Report and Recommendation (Doc. No. 47) filed on April 18, 2008.

      The United States Magistrate Judge has submitted a report recommending that the two Defendants Angeline Lopez-Bracero and Leilannete Lopez-Brac be dismissed from the case pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

      After an independent *de novo* review of the record in this matter, including the objections filed by the Plaintiff (Doc. No. 48), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

      The Court notes that this case has been pending for over eleven months.  On October 3, 2007 the Court granted the Plaintiff a 90 day extension to properly serve the Defendants. Now,

Plaintiff requests an additional 60 days (Doc. No. 51). Plaintiff asserts that the Defendants will not be prejudiced as a result of the court granting additional time for service. However the Court is not convinced. The discovery deadline, which was set 3 months past that requested by the parties, has passed, precluding the defendants from trial preparation. Further, the requested deadline goes beyond the deadline for filing summary judgment motions.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 18, 2008 (Doc. No. 47) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants Angeline Lopez-Bracero and Leilannete Lopez-Brac are hereby dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The Clerk is directed to terminate them as parties to this action.

3. The Agreed Motion for Extension of Time to Serve Process (Doc. No. 51) is DENIED.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 14, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge